UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIN MING CAO

        Plaintiff,

– *against* –

JIAN LI *aka James Li*, SO SUET *aka Susan Li*, GUO XIANG HU, *and* NENG QIN HU,

        Defendants.

**ORDER**

15 Civ. 8945 (ER)

RAMOS, D.J.:

    On November 13, 2015, Jin Ming Cao, *pro se*, filed a complaint against the defendants, alleging an unpaid judgment. Pursuant to this Court's Order of Service on December 11, 2015, the U.S. Marshals attempted to serve the defendants. They reported that they were unsuccessful in February 2016. No further action has been taken in this case since February 2016.

    Accordingly, Cao is directed to file a status update with the Court by Wednesday, February 26, 2020, and whether this case may be dismissed under Federal Rule of Civil Procedure 41.

    The Clerk of Court is respectfully directed to mail a copy of this order to the plaintiff.

It is SO ORDERED.

Dated:    January 29, 2020
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.